UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 4:26-CR-064 MAL |
| | ) | |
| DONALD CUMMINGS, | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

Before the Court is Defendant's Motion to Continue Trial Date and Request Change of Plea Hearing (Doc. [34]). Trial in this matter is currently set for October 5, 2026. Counsel states additional time is needed to allow the parties to finalize plea negotiations. The Government does not oppose Defendant's motion, and Defendant has filed an executed Waiver of Speedy Trial (Doc. [35]).

For the reasons stated in Defendant's motion, the Court finds that to deny Defendant's request for a continuance "would deny counsel . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," 18 U.S.C. § 3161(h)(7)(B)(iv), and that "the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Continue (Doc. [34]) is **GRANTED**.

**IT IS FURTHER ORDERED** that trial in this matter is continued to **November 16, 2026, at 9:00 a.m.,** in the courtroom of the undersigned.

**IT IS FURTHER ORDERED** that a change of plea hearing is set for **November 3, 2026, at 2:00 p.m.**, in the courtroom of the undersigned.

**IT IS FINALLY ORDERED** that the time between October 5, 2026, and November 16, 2026, is excluded from the computation of time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7).

Dated this 1st day of October, 2026.

Maria A. Lanahan
MARIA A. LANAHAN
UNITED STATES DISTRICT JUDGE